IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH ROSHAUN REID,** | : | Civil No. 1:17-cv-0694 |
| **Plaintiff,** | : | |
| v. | : | |
| **C. DANIELS, et al.,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

## **O R D E R**

Before the court is a report and recommendation filed by the magistrate judge in which he recommends that Plaintiff Kenneth Reid's original complaint (Doc. 1), partial amended complaint (Doc. 9), and amended complaint (Doc. 19) be dismissed with prejudice. No objections have been filed. Upon review of the report and recommendation, the court finds that Plaintiff's failure to comply with the court orders shall result in dismissal of the complaints with prejudice. Accordingly, **IT IS HEREBY ORDERED** as follows:

1) The report and recommendation of the magistrate judge is **ADOPTED**.

2) The original complaint (Doc. 1), partial amended complaint (Doc. 9) and amended complaint (Doc. 19) are **DISMISSED WITH PREJUDICE**.

3) The Clerk of Court is directed to close this case.

                                                     s/Sylvia H. Rambo
                                                     SYLVIA H. RAMBO
                                                     United States District Judge

Dated: February 1, 2018